## ETHERIDGE *et al. v.* HENDERSON.

BELL, Justice. 1. The judge's certificate to the bill of exceptions in this case fails to certify that the same "is true," as required by the Code, § 6-806. This court is therefore without jurisdiction to pass upon the merits of the exceptions, and the writ of error must be dismissed. *Bell v. Stephens,* 172 *Ga.* 610 (158 S. E. 327); *Welborne v. State,* 114 *Ga.* 793, 796 (42 S. E. 773); *Blackley v. Bell,* 187 *Ga.* 702 (1 S. E. 2d, 676).

2. While no motion has been made to dismiss the writ of error, yet where it appears that this court is without jurisdiction to entertain the bill of exceptions, it can not properly do otherwise than to dismiss the writ of error upon its own motion. *Welborne v. State,* supra; *Teasley v. Cordell,* 153 *Ga.* 397, 400 (112 S. E. 287); *Malsby v. Shipp,* 177 *Ga.* 54 (3) (169 S. E. 308); *Tillman v. Groover,* 25 *Ga. App.* 118 (102 S. E. 879); *Sellers v. McNair,* 42 *Ga. App.* 731, 733 (157 S. E. 373).

*Writ of error dismissed. All the Justices concur.*

No. 12744. MAY 10, 1939. REHEARING DENIED JUNE 17, 1939.

*V. E. Adams,* for plaintiffs.  *Spence & Spence,* for defendant.